# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| SLATER LANCE YOHEY,<br> Appellant,<br>vs.<br>THE STATE OF NEVADA,<br> Respondent. | No. 70904 |
| SLATER LANCE YOHEY,<br> Appellant,<br>vs.<br>THE STATE OF NEVADA,<br> Respondent. | No. 70905 |



**FILED**

SEP 1 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These are pro se notices of appeal from judgments of conviction. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

The notices of appeal were untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

16-28262

cc: Hon. Elliott A. Sattler, District Judge
Slater Lance Yohey
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk